UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINIER GUIBERT AVILA,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, CENTRAL VALLEY ANNEX,<br>*et al.*,<br><br>        Respondents. | Case No.  1:26-cv-04948  (VC)<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. # |

The Court is in receipt of Petitioner's Motion for Temporary Restraining Order ("TRO"). Respondents shall file a response to the Petition within three (3) court days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Respondents shall indicate in their response whether they oppose the Court converting the TRO to a preliminary injunction.

Petitioner may file a reply within four (4) court days from the date of this Order. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the TRO is pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: June 26, 2026

_____

VINCE CHHABRIA
United States District Judge