UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINIER GUIBERT AVILA,<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX, *et al.*,<br>Respondents. | Case No. 1:26-cv-04948 (VC)<br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br>Re: Dkt. No. 1 |

Petitioner Reiner Guibert Avila was, at the time this case was filed, detained at the Central Valley Annex awaiting his removal from the United States. He initiated this case by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241, Dkt. No. 1, in which he alleged that the revocation of his prior order of supervision violated his statutory and due process rights as the Government had not shown that there was a likelihood of his removal to Cuba in the reasonably foreseeable future. He simultaneously moved for a temporary restraining order ("TRO"), Dkt. No. 2, and the court ordered that the Government provide a response, Dkt. No. 6. The Government timely responded to the order to show cause, and indicated in its response that it did not oppose converting the motion into a motion for preliminary injunction. Dkt. No. 9 at 4. Petitioner timely replied. *See* Dkt. No. 10.

The court converted the motion into a motion for preliminary injunction, granted it, and ordered Petitioner's release. *See* Dkt. No. 11 at 4. The court enjoined and restrained Respondents from re-detaining Petitioner absent a showing of changed circumstances demonstrating that Petitioner's removal in the foreseeable future was likely. *Id*. And it further ordered Respondents

to file an answer to the habeas petition. *Id*. Respondents timely submitted an answer to the Petition in which they elected to rely on the arguments already raised in their opposition to the TRO, and provided no further argument. Dkt. No. 12 at 1.

Accordingly, for the reasons given in the court's order granting a preliminary injunction, the Petition is GRANTED as to count 1 of the petition. And because it is unnecessary to resolve the remaining counts in the petition, the court declines to do so. The preliminary injunctive relief previously granted, Dkt. No. 11, is made permanent.

The Clerk of Court is DIRECTED to close this case and enter judgment for Petitioner.

**IT IS SO ORDERED.**

Dated: October 15, 2026

VINCE CHHABRIA
United States District Judge